UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DORIS JONES | CIVIL ACTION |
| VERSUS | NO. 14-518 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | SECTION "J" (2) |

### **ORDER**

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and Plaintiff's Objection to the Magistrate's Report and Recommendations, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 14th day of October, 2014.

UNITED STATES DISTRICT JUDGE